UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| ELAINE WANG, | : |
| | : |
| Plaintiff, | : Civ. No.   1:21-cv-8742-GHW |
| | : |
| v. | : |
| | : |
| ADAMAS PHARMACEUTICALS, INC., DAVID L. MAHONEY, NEIL F. MCFARLANE, MICHAEL F. BIGHAM, MARTHA J. DEMSKI, WILLIAM ERICSON, J.D., JOHN MACPHEE, MPH, SPYROS PAPAPETROPOULOS, MD, PH.D, and ANNA RICHO, J.D., | : |
| | : |
| Defendants. | : |

---

## NOTICE OF VOLUNTARY DISMISSAL

Notice is hereby given that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Elaine Wang hereby voluntarily dismisses her individual claims in the above-captioned action (the "Action") with prejudice. Because this notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon filing of this notice.

DATED:  November 19, 2021                Respectfully submitted,

                                                   **MELWANI & CHAN LLP**

                                                   /s *Gloria Kui Melwani*
                                                   Gloria Kui Melwani (GM5661)
                                                   1180 Avenue of the Americas, 8th Floor
                                                   New York, New York 10036
                                                   Tel: (212) 382-4620
                                                   Email:  gloria@melwanichan.com

                                                   *Attorneys for Plaintiff*